IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SCOTTY BRAGG**                                                                                              **PLAINTIFF**

**VS.**                               **NO.   3:22CV00098**

**BNSF RAILWAY COMPANY**                                                      **DEFENDANT**

## ORDER

Pending is Defendant's motion for a protective order regarding Plaintiff's 5/19/23 notice of videotaped deposition of corporate designee and motion to quash.  (Docket #46).  For good cause shown, the motion is GRANTED.  The notice of deposition requesting a 30(b)(6) designee to testify regarding the Plaintiff's annual and monthly earnings along with the annual and monthly earnings of the three people listed above and below him on the applicable seniority roster since 2016 will be limited to testimony relating to Plaintiff's income only.  The request for testimony relating to the earnings of comparators is irrelevant to the facts at issue herein.  Accordingly, the deposition notice dated 5/19/23 is quashed and any deposition relating to the issues requested will be limited to testimony regarding the Plaintiff's earnings only.

IT IS SO ORDERED this 21st day of June, 2023.

_____
James M. Moody Jr.
United States District Judge